Kevin SNODGRASS, Jr., Plaintiff-Appellant,

v.

S.L. MESSER; M.L. Counts, Inmate Hearing Officer at ROSP; C. Bishop, C/O at ROSP; E.R. Barksdale, Warden at ROSP; J. Bentley, Investigator at ROSP; Joe Fannin, Lieutenant at ROSP; Tori Raiford, Unit Manager at ROSP; Garry A. Adams, Lieutenant at ROSP; Harold Clark, Director of VA. DOC, Defendants-Appellees.

No. 17-6360

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Kevin Snodgrass, Jr., Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Snodgrass, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

**158**

sons stated by the district court. *Snodgrass v. Messer*, No. 7:16-cv-00050-EKD-RSB, 2017 WL 975992 (W.D. Va. Mar. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*